# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

17 JUN -1 PM 2: 15

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER MELVIN DAVIS (3),

Defendant.

Case No. 14CR0670-CAB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens and Aiding and Abetting

Dated: 6/1/2017

Hon. Cathy Ann Bencivengo
United States District Judge